# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| The United States for the Use of Plaintiff SUMMIT DRYWALL & PAINTING, LTD., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>T.B. PENICK& SONS, INC., a California corporation; SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, and DOES 1 through 100,<br><br>    Defendants. | Case No.: 2:11-cv-01614- JAM GGH<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Ctrm:  6<br>Judge:  Hon. John A. Mendez |

IT IS HERBY ORDERED that the parties' Joint Motion for Dismissal with Prejudice is granted.  Each party shall bear its own costs, expenses and attorney's fees.

So ORDERED and signed this 28th day of October, 2011

/s/ John A. Mendez
HON. JOHN A. MENDEZ

U. S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com